# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANTHONY L. COOPER,**

    **Plaintiff,**

**vs.**                                             **CASE NO. 1:07CV160-MP/AK**

**CHARLIE CRIST, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

    Plaintiff filed the complaint in this cause on August 30, 2007, but did not pay the filing fee or file a motion for leave to proceed IFP. (Doc. 1). He was directed to file a motion or pay the fee on or before October 25, 2007, (doc. 4), but failed to do so. An Order to Show Cause was entered on November 28, 2007, directing a response on or before December 12, 2007. (Doc. 5). As of this date there has been no response or further contact from the Plaintiff.

    A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he pay the filing fee or seek leave to proceed IFP (docs. 4 and 5) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 7th Day of March, 2008.

> S/ A Kornblum
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:07CV175-SPM/AK