IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L COOPER,

    Plaintiff,

v.                                                 CASE NO. 1:07-cv-00160-MP-AK

CHARLIE CRIST,
FLORIDA STATE PRISON,
JAMES MCDONOUGH,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute. The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff has failed to follow orders of the Court and to prosecute this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This case is dismissed with prejudice.

**DONE AND ORDERED** this *12th* day of November, 2008

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge